upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60447.**—Meredith Galleries *v.* United States, protests 215432–K and 215444–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60448.**—Steelmasters, Inc., et al. *v.* United States, protests 247645–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547 (a); and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547 (a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476).

**No. 60449.**—T. D. Downing Co., a/c United China & Glass Co. *v.* United States, protest 266153–K (Boston).

Opinion by JOHNSON, J. It was stipulated that the facts are similar in all material respects to those the subject of *Frank P. Dow Co. (Inc.)* v. *United States* (49 Treas. Dec. 271, T. D. 41364). It was held that where a notice of appraisement is required to be sent by the collector to the importer under section 501, *supra*, because the appraised value is higher than the entered value or a change in classification results from the appraised value, the failure to give the required notice has the effect of voiding the appraisement and rendering the liquidation invalid. (*United States* v. *James H. Rhodes & Co.*, 40 C. C. P. A. (Customs) 1, C. A. D. 488) cited. It was further held that this rule applies also to duress entries. *W. X. Huber Co.* v. *United States*, 20 Cust. Ct. 121, C. D. 1093,